Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Sheila Addiego, State Bar No. 168365
saddiego@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS
1900 Powell Street, Suite 600
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STEVENS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Defendant. | Case No. 3:14-cv-02043-SC<br><br>**STIPULATION AND ~~PROPOSED~~ SCHEDULING ORDER** |

## I.   STIPULATION

Come now the undersigned parties, by and through their respective counsel of record, and hereby stipulate to the following filing deadlines and briefing schedule for Cross-Motions for Summary Judgment pursuant to the Clerk's Notice Vacating Case Management Conference dated August 6, 2014:

| | |
|---|---|
| **January 16, 2015** | Last Day for Plaintiff and Defendant to File Motions for Summary Judgment |
| **January 30, 2015** | Last Day for Plaintiff and Defendant to File Oppositions to Motions for Summary Judgment |
| **February 6, 2015** | Last Day for Plaintiff and Defendant to File Replies to Motions for Summary Judgment |
| **February. 20, 2015** | Hearing on Plaintiff's and Defendant's Motions for Summary Judgment |

| | | |
|---|---|---|
| 1 | Dated: August 29, 2014 | /s/ Vincent Spohn |
| 2 | | Vincent M. Spohn, APC |
| | | 1005 Jefferson Street |
| 3 | | PO Box 5748 |
| | | Napa, CA 94581 |
| 4 | | Attorney for Randy Stevens, Elissa Stevens, dba Flamingo Properties |
| 5 | | |
| 6 | Dated: August 29, 2014 | /s/ Jonathan Gross |
| 7 | | Jonathan Gross |
| | | Sheila Addiego |
| 8 | | MOUND COTTON WOLLAN & GREENGRASS |
| | | 1900 Powell Street, Suite 600 |
| 9 | | Emeryville, CA 94608 |
| | | Attorneys for Zurich American Insurance Company |

## II. ORDER

HAVING COME before the court on the above Stipulation and Order, the parties' proposed Scheduling Order is hereby adopted by this Court.

Dated: 09/03/2014

_____
Honorable Samuel Conti

544523.1

2

STIPULATION AND PROPOSED SCHEDULING ORDER - CASE NO. 3:14-CV-02043-SC