Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Sheila Addiego, State Bar No. 168365
saddiego@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS
1900 Powell Street, Suite 600
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile: (510) 900-9381

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STEVENS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Defendant. | Case No. 3:14-cv-02043-SC<br><br>**STIPULATION AND ~~PROPOSED~~ SCHEDULING ORDER**<br><br>Honorable Samuel Conti<br>Dept:   Ctrm. 1, 17th Floor<br>Trial Date: None |

**I.   STIPULATION**

Come now the undersigned parties, by and through their respective counsel of record, and hereby stipulate as follows:

1. Defendant Zurich American Insurance Company served its First Set of Requests for Production of Documents on Plaintiffs on August 8, 2014, the first day authorized for service of discovery under Rule 26(d)(1).

2. Pursuant to F.R.C.P. 34, Plaintiffs' written responses and production of documents were due on Friday, September 12, 2014.

3. Due to unforeseen circumstances, including the Napa earthquake, the medical condition of Plaintiffs' counsel and technical complications associated with the actual production of documents, the documents were not timely produced.

---
1
STIPULATION AND PROPOSED SCHEDULING ORDER - CASE NO. 3:14-CV-02043-SC

4. No documents were produced until Plaintiffs began a rolling production of approximately 10,000 pages of documents on October 30, 2014. Plaintiff has advised that additional responsive documents may be forthcoming.

5. Depositions of key witnesses and Plaintiff Randy Stevens were set by Defendant for November 20, December 5 and December 8, 2014. Because Defendant now requires additional time to review the newly produced 10,000 pages of documents prior to conducting these depositions, the currently set deposition dates must be postponed.

6. The deposition testimony of those witnesses is necessary for both parties Motions for Summary Judgment, currently set to be filed on January 16, 2015 pursuant to this Court's September 3, 2014 Scheduling Order.

7. Therefore, the parties stipulate to the following new Scheduling Order for Cross-Motions for Summary Judgment pursuant to the Clerk's Notice Vacating Case Management Conference dated August 6, 2014:

| | |
|---|---|
| **March 12, 2015** | Last Day for Plaintiff and Defendant to File Motions for Summary Judgment |
| **March 26, 2015** | Last Day for Plaintiff and Defendant to File Oppositions to Motions for Summary Judgment |
| **April 2, 2015** | Last Day for Plaintiff and Defendant to File Replies to Motions for Summary Judgment |
| **April 17, 2015** | Hearing on Plaintiff's and Defendant's Motions for Summary Judgment |

Dated: November 14, 2014

/s/ Vincent Spohn
Vincent M. Spohn, APC
1005 Jefferson Street
PO Box 5748
Napa, CA 94581
Attorney for Randy Stevens, Elissa Stevens, dba Flamingo Properties

Dated: November 17, 2014

/s/ Jonathan Gross
Jonathan Gross
Sheila Addiego
MOUND COTTON WOLLAN & GREENGRASS
1900 Powell Street, Suite 600
Emeryville, CA 94608
Attorneys for Zurich American Insurance Company

2
STIPULATION AND PROPOSED SCHEDULING ORDER - CASE NO. 3:14-CV-02043-SC

## II.   ORDER

HAVING COME before the court on the above Stipulation and Order, the parties' proposed Scheduling Order is hereby adopted by this Court.

Dated: 11/19/2014

Honorable Samuel Conti



558825.1