Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Sheila Addiego, State Bar No. 168365
saddiego@moundcotton.com
Elaine Videa, State Bar No. 216718
evidea@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS
1900 Powell Street, Suite 600
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STEVENS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Defendant. | Case No. 3:14-cv-02043-SC<br><br>STIPULATION AND ~~PROPOSED~~ MODIFIED SCHEDULING ORDER<br><br>Honorable Samuel Conti<br>Dept:  Ctrm. 1, 17th Floor<br>Trial Date: None |

### I.  STIPULATION

Come now the undersigned parties, by and through their respective counsel of record, and hereby stipulate as follows:

1. Plaintiffs' recently produced approximately 2,800 pages of additional documents. Thus, Zurich American was required to continue the deposition of Plaintiff Stevens, which had been set for February 10, 2015, in order to review the recently produced documents in advance of his deposition. This deposition is now on scheduled to take place on March 6, 2015.  In addition, Zurich American continued the deposition of witness Ben Turnbow to March 4, 2015.

2. The deposition testimony of those witnesses is necessary for both parties' Motions for Summary Judgment, currently set to be filed on March 12, 2015 pursuant to this Court's

1  November 19, 2014 Scheduling Order.

2      7.    Therefore, the parties stipulate to the following new Scheduling Order for Cross-Motions for Summary Judgment pursuant to the Clerk's Notice Vacating Case Management Conference dated August 6, 2014:

| | |
|---|---|
| **May 14, 2015** | Last Day for Plaintiff and Defendant to File Motions for Summary Judgment |
| **May 28, 2015** | Last Day for Plaintiff and Defendant to File Oppositions to Motions for Summary Judgment |
| **June 4, 2015** | Last Day for Plaintiff and Defendant to File Replies to Motions for Summary Judgment |
| June 26, 2015 ~~June 19, 2015~~ | Hearing on Plaintiff's and Defendant's Motions for Summary Judgment |

Dated: February 18, 2015    /s/ *Vincent Spohn*
Vincent M. Spohn, APC
1005 Jefferson Street
PO Box 5748
Napa, CA 94581
Attorney for Randy Stevens, Elissa Stevens, dba Flamingo Properties

Dated: February 18, 2015    /s/ *Jonathan Gross*
Jonathan Gross
Sheila Addiego
MOUND COTTON WOLLAN & GREENGRASS
1900 Powell Street, Suite 600
Emeryville, CA 94608
Attorneys for Zurich American Insurance Company

II.    ORDER

HAVING COME before the court on the above Stipulation and Order, the parties' proposed Scheduling Order is hereby adopted by this Court.

Dated: 02/19/2015 _____
Honorable _____



IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

558825.1

2

STIPULATION AND PROPOSED SCHEDULING ORDER - CASE NO. 3:14-CV-02043-SC

(Left margin: MOUND COTTON WOLLAN & GREENGRASS, 1900 POWELL STREET, SUITE 600, EMERYVILLE, CALIFORNIA 94608, TELEPHONE: (510) 900-9371, FACSIMILE: (510) 900-9381)