Vincent M. Spohn, Esq. (SBN 092334)
*vms@vspohnlaw.com*
Law Offices of Vincent Martin Spohn, A.P.C.
P.O. Box 5748
Napa, California  94581-0748
Telephone:     (707) 255-1885
Facsimile:     (707) 255-0974

Attorney for Defendants
RANDY STEVENS and ELISSA STEVENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STEVENS, ELISSA STEVENS, dba FLAMINGO PROPERTIES,<br><br>    Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:14-cv-02043 SC<br>AMENDED<br>**STIPULATION RE: REQUEST FOR EXTENSION OF DEADLINE FOR FILING OF PLAINTIFFS' DISPOSITIVE MOTION; [~~PROPOSED~~] ORDER** |

   Plaintiffs RANDY STEVENS, ELISSA STEVENS, dba FLAMINGO PROPERTIES, through their counsel Vincent M. Spohn, Esq., and Defendant ZURICH AMERICAN INSURANCE COMPANY, through its counsel Elaine Videa, Esq., hereby stipulate and request as follows:

  1. **WHEREAS**, the deadline for Plaintiffs RANDY STEVENS, ELISSA STEVENS, dba FLAMINGO PROPERTIES and Defendant ZURICH AMERICAN INSURANCE COMPANY to file Motions for Summary Judgment (hereinafter the "Deadline") in this instant action is Thursday, May 14, 2015; and

*///*

*///*

1

2.  **WHEREAS**, Plaintiffs' counsel and Defendant's counsel have agreed to a two week continuance of the Deadline to Thursday, May 28, 2015, so long as this Court grants this Order by 3:00 P.M. on Thursday, May 14, 2015; and

3.  **WHEREAS**, Plaintiffs' counsel and Defendant's counsel have agreed to follow a new Scheduling Order as follows:

| | |
|---|---|
| **May 28, 2015** | Last Day for Plaintiffs and Defendant to File Motions for Summary Judgment |
| **June 11, 2015** | Last Day for Plaintiffs and Defendant to File Oppositions to Motions for Summary Judgment |
| **June 18, 2015** | Last Day for Plaintiffs and Defendant to File Replies to Motions for Summary Judgment |
| **July 10, 2015** | Hearing on Plaintiffs' and Defendant's Motions for Summary Judgment |

**THEREFORE,** the parties hereby submit this Stipulation and respectfully request that the Court adopt the aforementioned Scheduling Order stipulated to by the Parties.

Dated:  May 12, 2015          LAW OFFICES OF VINCENT M. SPOHN, A.P.C.


By */s/ Vincent M. Spohn*
     VINCENT M. SPOHN, ESQ.
     Attorney for Plaintiffs
     RANDY STEVENS and ELISSA STEVENS



Dated:  May 12, 2015          SEDGWICK LLP


By */s/ Elaine Videa*
     JONATHAN GROSS, ESQ.
     ELAINE VIDEA, ESQ.
     SHEILA ADDIEGO, ESQ.
     Attorneys for Defendant
     ZURICH AMERICAN INSURANCE COMPANY

///

2

**CERTIFICATE OF CONCURRENCE**

I, Vincent M. Spohn, hereby declare:

Pursuant to Local Rule No. 5-1(i)(3) concurrence in the filing of the document has been obtained from Elaine Videa to show her signatures as */s/* on this pleading in lieu of her physical signature on the document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at Napa, California on May 12, 2015.

*/s/ Vincent M. Spohn*
Vincent M. Spohn, Esq.

**[PROPOSED] ORDER**

The Court, having considered the Parties' stipulation, hereby grants the parties' requests and orders the following:

The Scheduling Order for  Plaintiffs and Defendant to File Motions for Summary Judgment shall be as follows:

| | |
|---|---|
| **May 28, 2015** | Last Day for Plaintiffs and Defendant to File Motions for Summary Judgment |
| **June 11, 2015** | Last Day for Plaintiffs and Defendant to File Oppositions to Motions for Summary Judgment |
| **June 18, 2015** | Last Day for Plaintiffs and Defendant to File Replies to Motions for Summary Judgment |
| **July ~~10~~ 31, 2015** | Hearing on Plaintiffs' and Defendant's Motions for Summary Judgment |

**IT IS SO ORDERED.**

Dated:  May 14, 2015

HONORABLE SAMUEL CONTI
United States District Court Judge

3