Vincent M. Spohn, Esq. (SBN 092334)
vms@vspohnlaw.com
Law Offices of Vincent Martin Spohn, A.P.C.
P.O. Box 5748
Napa, California 94581-0748
Telephone:  (707) 255-1885
Facsimile:   (707) 255-0974

Attorney for Defendants
RANDY STEVENS and ELISSA STEVENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STEVENS, ELISSA STEVENS, dba FLAMINGO PROPERTIES,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:14-cv-02043 SC<br><br>**STIPULATION TO CONTINUE DEADLINES FOR PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY; [PROPOSED] ORDER** |

Plaintiffs RANDY STEVENS, ELISSA STEVENS, dba FLAMINGO PROPERTIES, through their counsel Vincent M. Spohn, Esq., hereby request as follows:

1. **WHEREAS**, the deadline for Plaintiffs RANDY STEVENS, ELISSA STEVENS, dba FLAMINGO PROPERTIES to file an Opposition to Defendant's Motion for Summary Judgment in this instant action is Thursday, June 11, 2015; and

2. **WHEREAS**, the deadline for Defendant ZURICH AMERICAN INSURANCE COMPANY to file a Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment in this instant action is Thursday, June 18, 2015; and

3. **WHEREAS**, Plaintiffs' counsel, Vincent M. Spohn, Esq., had a medical emergency occur on June 9, 2015 and is unavailable to file an Opposition by the deadline of Thursday, June 11, 2015; and

4. **WHEREAS**, Plaintiffs' counsel, Vincent M. Spohn, Esq., has been in the hospital since Tuesday, June 9, 2015, and it is not clear when he will be released; and

5. **WHEREAS**, due to Mr. Spohn's medical condition, he has been deprived of the ability to work on Plaintiffs' Opposition to Defendant's Motion for Summary Judgment; and

6. **WHEREAS**, Plaintiffs' counsel request a new Scheduling Order as follows:

| | |
|---|---|
| **Two (2) days after Mr. Spohn is released From the hospital and returns to work** | Last Day for Plaintiff to File an Opposition to Motion for Summary Judgment |
| **Seven (7) days after Plaintiffs file their Opposition to Motion for Summary Judgment** | Last Day for Defendant to File Reply to Motion for Summary Judgment |
| **July 31, 2015** | Hearing on Defendant's Motion for Summary Judgment |

7. **WHEREAS**, Defendant's counsel has agreed to stipulate to the aforementioned scheduling order.

**THEREFORE**, Plaintiffs hereby respectfully requests that the Court adopt the aforementioned Scheduling Order.

Dated: June 11, 2015            LAW OFFICES OF VINCENT M. SPOHN, A.P.C.

By _/s/ Vanesse O. Bean for_
VINCENT M. SPOHN, ESQ.
Attorney for Plaintiffs
RANDY STEVENS and ELISSA STEVENS

///

///

Dated: June 11, 2015    MOUND COTTON WOLLAN & GREENGRASS LLP

By /s/ Jonathan Gross
JONATHAN GROSS, ESQ.
ELAINE VIDEA, ESQ.
Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

### CERTIFICATE OF CONCURRENCE

I, Vanessa Beary, for Vincent M Spohn, hereby declare:

Pursuant to Local Rule No. 5-1(i)(3) concurrence in the filing of the document has been obtained from Jonathan Gross to show his signature as /s/ on this pleading in lieu of his physical signature on the document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at San Francisco, California on June 11, 2015.

Vanessa Beary for Vincent M. Spohn

### [PROPOSED] ORDER

The Court, having considered the Plaintiffs' request and Defendant's stipulation to Plaintiffs' request to Continue Deadlines for Plaintiffs' Opposition to Motion for Summary Judgment and Defendant's Reply, hereby grants Plaintiffs' request and orders the following:

The Scheduling Order for Plaintiffs to File their Opposition to Defendant's Motion for Summary Judgment and for Defendant's Reply to Opposition to Motion for Summary Judgment shall be as follows:

| | |
|---|---|
| **Two (2) days after Mr. Spohn is released From the hospital and returns to work** | Last Day for Plaintiff to File an Opposition to Motion for Summary Judgment |
| **Seven (7) days after Plaintiffs file their Opposition to Motion for Summary** | Last Day for Defendant to File Reply to Motion for Summary Judgment |

3

**Judgment**

**July 31, 2015**                                    Hearing on Defendant's Motion for
                                                     Summary Judgment

**IT IS SO ORDERED.**

Dated: June 17, 2015

_____
HONORABLE SAMUEL CONTI
United States District Court Judge

4

STIPULATION TO CONTINUE DEADLINES FOR PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
AND DEFENDANT'S REPLY; [PROPOSED] ORDER'                                Case No. 3:14-cv-02043 SC