Vincent M. Spohn, Esq. (SBN 092334)§
*vms@vspohnlaw.com*
Law Offices of Vincent Martin Spohn, A.P.C.
P.O. Box 5748
Napa, California  94581-0748
Telephone:   (707) 255-1885
Facsimile:    (707) 255-0974

Attorney for Defendants
RANDY STEVENS and ELISSA STEVENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STEVENS, ELISSA STEVENS, dba FLAMINGO PROPERTIES,<br><br>    Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:14-cv-02043 SC<br><br>**[PROPOSED] ORDER GRANTING SECOND AMENDED SCHEDULING ORDER** |

The Court, having considered the Plaintiffs' Letter Brief Requesting Second Amended Scheduling Order and Declaration of Vincent M. Spohn, hereby grants Plaintiffs' request and orders the following:

The Second Amended Scheduling Order for Plaintiffs to File their Opposition to Defendant's Motion for Summary Judgment, for Defendant's Reply to Opposition to Motion for Summary Judgment and for the Hearing on Defendant's Motion for Summary Judgment shall be as follows:

| | |
|---|---|
| **August 12, 2015** | Last Day for Plaintiff to File an Opposition to Motion for Summary Judgment |

///

1

[PROPOSED] ORDER GRANTING SECOND AMENDED SCHEDULING ORDER          Case No. 3:14-cv-02043 SC

| | |
|---|---|
| **August 19, 2015** | Last Day for Defendant to File Reply to Motion for Summary Judgment |
| **August 31, 2015 or as soon thereafter as the matter may be heard** | Hearing on Defendant's Motion for Summary Judgment |

**IT IS SO ORDERED.**

Dated: 8/3/2015

_____
HONORABLE SAMUEL CONTI
United States District Court Judge