Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Sheila Addiego, State Bar No. 168365
saddiego@moundcotton.com
Elaine Videa, State Bar No. 216718
evidea@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1125
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile: (510) 900-9381

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STEVENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:14-cv-02043-SC<br><br>[PROPOSED] JUDGMENT OF DISMISSAL OF THE ENTIRE ACTION ON THE ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY |

In this action, Defendant ZURICH AMERICAN INSURANCE COMPANY brought a Motion for Summary Judgment in Case No. 3:14-cv-02043-SC against Plaintiff RANDY STEVENS AND ELISSA STEVENS. The motion was taken under submission by the Honorable Samuel Conti without a hearing as prescribed by Northern District of California Local Rule 7-1(b).

Whereas the evidence and issues presented having been fully considered and a decision having been duly rendered, and whereas on September 9, 2015, the Court granted Defendant ZURICH AMERICAN INSURANCE COMPANY's Motion for Summary Judgment on the Complaint filed by Plaintiffs RANDY STEVENS AND ELISSA STEVENS. Attached hereto as Exhibit A is a copy of this Court's Order Granting Zurich American Insurance Company's Motion for Summary Judgment.

Whereas the Court's Order would entitle Defendant ZURICH AMERICAN INSURANCE

1

[PROPOSED] JUDGMENT OF DISMISSAL OF THE ENTIRE ACTION ON THE ORDER
GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT - CASE NO. 3:14-CV-02043-SC

COMPANY to a Judgment of Dismissal with prejudice in its favor on all causes of action against it in Plaintiffs' Complaint.

Whereas Defendant ZURICH AMERICAN INSURANCE COMPANY is entitled to an award of costs pursuant to Federal Rule of Civil Procedure § 54(d).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiffs RANDY STEVENS AND ELISSA STEVENS take nothing, that the action be dismissed on the merits and that a Judgment of Dismissal with prejudice on the Complaint brought by Plaintiffs RANDY STEVENS AND ELISSA STEVENS in the above-entitled action is entered in favor of Defendant ZURICH AMERICAN INSURANCE COMPANY as to all causes of action stated against it and that Defendant ZURICH AMERICAN INSURANCE COMPANY shall recover its costs.

Dated: October 5, 2015

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE